# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D2024-0388
LT Case No. 2021-CF-340

—————————————————

CAISY A. FRANK,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

—————————————————

On appeal from the Circuit Court for Flagler County.
Terence R. Perkins, Judge.

Olivia M. Goodman, of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

March 3, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, EDWARDS, and SOUD, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————